# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DAVID W. HOOKER,

               Plaintiff,

   v.

GEORGE GALAZA, et. al.,

            Defendants.

_____/

CV F   00 6697 OWW SMS P

ORDER GRANTING PLAINTIFF"S REQUEST FOR AN EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT (Doc. 116.)

    David W. Hooker ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On December 21, 2005, Plaintiff filed a motion to extend time to file a Third Amended Complaint as ordered by the Court.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted THIRTY (30) DAYS from the date of service of this order to file the Amended Complaint.  Plaintiff is forewarned that his failure to comply with this order will result in a Recommendation that the action be dismissed.

IT IS SO ORDERED.

**Dated:   January 11, 2006**          _____/s/ Sandra M. Snyder_____
icido3                                                UNITED STATES MAGISTRATE JUDGE

1