# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DAVID W. HOOKER,

          Plaintiff,

   v.

GEORGE GALAZA, et. al.,

          Defendants.

_____/

CV F   00 6697 OWW SMS P

ORDER DENYING REQUEST FOR SECOND EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT AS PREMATURE
(Doc. 117.)

    David W. Hooker ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On December 21, 2005, Plaintiff filed a motion to extend time to file a Third Amended Complaint as ordered by the Court. The Court granted the request on January 12, 2005, for an additional thirty days making the deadline February 14, 2005. However, on January 18, 2005, Plaintiff submitted another request for an extension of time. Given that the first extension granted has not yet expired, Plaintiff's request is premature. Accordingly, the Motion for a second extension of time is DENIED without prejudice as premature.

IT IS SO ORDERED.

**Dated:   January 18, 2006**                                **/s/ Sandra M. Snyder**
b6edp0                                UNITED STATES MAGISTRATE JUDGE

1