UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. HOOKER, | CV F   00 6697 OWW SMS P |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT (Doc. 120.) |
| v. | |
| GEORGE GALAZA, et. al., | |
| Defendants. | |

David W. Hooker ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 16, 2006, Plaintiff filed a Motion to extend time to file a Third Amended Complaint as ordered by the Court. Defendants filed a Statement of Non-Opposition to the Motion for an extension of time. Based on the above, the Court will grant Plaintiff's request. However, the Court will not grant the request for a period of sixty days. Plaintiff's law library justification for the time is unconvincing. This Court has pending before it hundreds of similar cases litigated by inmates with limited law library access. Moreover, this case has been pending since October 10, 2000, and Defendants have been served and an Answer filed. Plaintiff's first Complaint was found to state cognizable claims, however, Plaintiff moved to amend the Complaint and his request was granted. Plaintiff's Amended Complaint named thirty-nine

1

1  Defendants and was so lengthy the Court found it violated Rule 8(a).  Plaintiff was granted leave
2  to file a Second Amended Complaint which he did on July 2, 2004.  However, this Complaint
3  was stricken from the record because it again failed to comply with Rule 8(a).  Plaintiff was
4  afforded leave to file a Third Amended Complaint and has been granted at least one extension of
5  time since.  Plaintiff now requests that the Court grant him a period of sixty days to file his Third
6  Amended Complaint because he has not had sufficient time in the law library.  It is unclear why
7  Plaintiff needs access to the law library. The Court provided Plaintiff with the relevant law
8  needed to frame his allegations and also informed him of the deficiencies, namely, that the
9  Complaint was too long.   Access to the law library will not remedy the deficiencies outlined by
10 the Court and in fact, may only serve to add to the length of any Amended Complaint filed by
11 Plaintiff which will only serve to again violate Rule 8(a).  Plaintiff's repeated and continued
12 delay of framing a complaint on which the Court can proceed borders on lack of prosecution of
13 the case.  The Court will not afford Plaintiff an unending amount of time to formulate a
14 Complaint nor will it tolerate the repeated filing of Complaints that do not conform to the rules.
15 As stated above, this case has been pending since the year 2000.  Surely, five years is sufficient
16 time to formulate a Complaint of reasonable length on which the Court can proceed.
17         The Request for an extension of time is GRANTED.  The Third Amended Complaint is
18 due within forty-five (45) days of the date of service of this Order.
19 IT IS SO ORDERED.
20 **Dated:    March 1, 2006**                        /s/ Sandra M. Snyder
   icido3                              UNITED STATES MAGISTRATE JUDGE