# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. HOOKER, | CV F   00 6697 OWW SMS P |
| Plaintiff, | ORDER DENYING MOTION FOR COURT ORDER IN RESPONSE TO PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME (Doc. 125.) |
| v. | |
| GEORGE GALAZA, et. al., | |
| Defendants. | |

David W. Hooker ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 16, 2006, Plaintiff filed a Motion to extend time to file a Third Amended Complaint as ordered by the Court. Defendants filed a Statement of Non-Opposition to the Motion for an extension of time. The Court granted the Motion for an extension of time on March 2, 2006, and served the Order on Plaintiff. This order gave Plaintiff to and including April 20, 2006, to file his Third Amended Complaint. Plaintiff, however, did not submit a Third Amended Complaint and thus, on April 20, 2006, the Court issued Findings and Recommendations to dismiss the action for Plaintiff's failure to comply with the Court Order and prosecute the action. On April 25, 2006, Plaintiff moved for a Court Order resolving the Motion for an extension of time filed on February 16, 2006. However, as noted above, that Motion was

1  granted by the Court.  A review of the Court record reveals that each of the Court's Orders were
2  served on Plaintiff and were not returned to the Court.  Thus, service is effective.
3       Accordingly, the Court HEREBY ORDERS:
4      1.    The Motion for Court Order in response to Motion for Extension of time is
5          DENIED as moot.
6  IT IS SO ORDERED.
7  **Dated:   May 5, 2006**                                    **/s/ Sandra M. Snyder**
   icido3                                                  UNITED STATES MAGISTRATE JUDGE