UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. HOOKER, | 1:00-cv-06697-OWW-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 124) |
| vs. | **ORDER DISMISSING ACTION** |
| GEORGE GALAZA, et al., | |
| Defendants. | |

Plaintiff, David W. Hooker ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 20, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the

1

1 entire file, the Court finds the Findings and Recommendations to
2 be supported by the record and by proper analysis.
3     Accordingly, IT IS HEREBY ORDERED that:
4     1.   The Findings and Recommendations, filed April 20, 2006,
5 are ADOPTED IN FULL; and,
6     2.   This action is DISMISSED for plaintiff's failure to
7 obey the court's initial order of November 17, 2005, and for the
8 reasons set forth therein, namely, for failure to state a claim
9 upon which relief may be granted.

IT IS SO ORDERED.

**Dated:   June 1, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE